USDC SDNY
DOCUMENT ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 5/8/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
In re Application of

**ARIF EFENDI**

Petitioner for an Order Pursuant to 28 U.S.C. § 1782 to
Conduct Discovery for Use in a Foreign Proceeding

------------------------------------------------------------x

19-mc-228 (ALC)

**ORDER TO SHOW CAUSE**

**ANDREW L. CARTER, JR., District Judge:**

Upon the papers annexed to this Order to Show Cause, including the Application for an Order of Judicial Assistance Pursuant to 28 U.S.C. § 1782 (the "Application"), the Memorandum of Law in support of the Application, and all prior pleadings and proceedings heretofore and herein, it is hereby:

**ORDERED** that respondent DigitalOcean LLC ("Respondent") show cause before this Court in Courtroom 1306 at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York, on May 30, 2018 at 1:00 p.m., or as soon thereafter as counsel can be heard, why an order, pursuant to 28 U.S.C. § 1782, should not be issued in favor of Petitioner, (i) granting Petitioner leave to serve a subpoena on Respondent, and (ii) directing Respondent to comply with the subpoena's request for the production of documents within twenty-one (21) days of this Court's order; and

**ORDERED** that service of this Order to Show Cause on Respondent, together with copies of the papers in support thereof, via personal delivery to DigitalOcean LLC, at 101 Avenue of the Americas, 10th Floor, New York, New York 10013, on or before May 17, 2019, be deemed good and sufficient service thereof; and, it is further

**ORDERED** that copies of opposition papers, if any, be filed with this Court and served upon Petitioner's counsel, Mario Aieta of Satterlee Stephens LLP, 230 Park Avenue Suite 1130, New York, New York 10169, on or before May 23, 2019.

**SO ORDERED.**

Dated:  May 8, 2019
        New York, New York

                                            _____
                                            **ANDREW L. CARTER, JR.**
                                            **United States District Judge**