

230 Park Avenue 11th Floor
New York, NY 10169-0079
(212) 818-9200
(212) 818-9606 (Fax)

www.ssbb.com

E-Mail: maieta@ssbb.com
Direct Dial: (212) 404-8755

June 11, 2019

**BY ECF**
The Honorable Andrew L. Carter, Jr.
United States District Court
Southern District of New York
40 Foley Square, Room 435
New York, New York 10007

      Re:   *In re: Application of Arif Efendi for an Order to Take Discovery Pursuant to 28 U.S.C. § 1782,* Case No. 1:19-mc-00228-ALC

Dear Judge Carter:

    We represent the petitioner, Arif Efendi, in the above-referenced § 1782 application for an order to take discovery from respondent, DigitalOcean LLC, in aid of a foreign proceeding.

    The parties would like to advise the Court that the request for discovery has been resolved and further assistance of the Court is not necessary at this time. As such, Arif Efendi withdraws his Pending Application for Discovery and requests that the June 18th hearing date, as set by the Order to Show Cause dated May 8, 2019, and the order of adjournment dated May 22, 2018, be struck from the Court's calendar.

    Thank you for the Court's attention to this request.

                                                  Respectfully,

                                                  Mario Aieta

cc (by email):

Brian Willen, Esq.
Wilson Sonsini Goodrich & Rosati
*Counsel for Respondent DigitalOcean LLC*